*E-Filed: December 16, 2013*

Alan L. Martini   SB#77316
SHEUERMAN, MARTINI, TABARI
  ZENERE & GARVIN
A Professional Corporation
1033 Willow Street
San Jose, CA  95125
Telephone: (408) 288-9700
Fax: (408) 295-9900
Email: amartini@smtlaw.com

Attorneys for Plaintiffs, KENNETH E. MARTZ and ANNA K. MARTZ, Trustees of the MARTZ FAMILY TRUST, U.T.D. 10/21/1993

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH E. MARTZ and ANNA K. MARTZ, Trustees of the MARTZ FAMILY TRUST, U.T.D. 10/21/1993,<br><br>Plaintiffs,<br><br>v.<br><br>LEADING INSURANCE GROUP INSURANCE CO., LTD (UNITED STATES BRANCH), and Does 1- 25, inclusive,<br>Defendants. | No. C 13-03815 HRL<br><br>STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
- ☐ Non-binding Arbitration (ADR L.R. 4)
- ☐ Early Neutral Evaluation (ENE)   (ADR L.R. 5)
- ☒ Mediation (ADR L.R. 6)

**Private Process:**
- ☐ Private ADR (*please identify process and provider*) _____

The parties agree to hold the ADR session by:
- ■ the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*
- ☐ other requested deadline _____

Dated: December 11, 2013        SHEUERMAN, MARTINI, TABARI,
                                ZENERE & GARVIN

                                By: Alan L. Martini
                                Attorneys for Plaintiffs

Dated: December 16, 2013        LEWIS BRISBOIS BISGAARD & SMITH LLP

                                By: Julian J. Pardini
                                Attorneys for Defendant
                                LEADING INSURANCE GROUP INSURANCE
                                COMPANY, LTD

1  [PROPOSED] ORDER

2  ☐  The parties' stipulation is adopted and IT IS SO ORDERED.
   ☒  The parties' stipulation is modified as follows, and IT IS SO ORDERED.
3  The parties shall hold the mediation session within 60 days of the date of this order.

5  Dated: December 16, 2013

   _____
   UNITED STATES JUDGE
6  MAGISTRATE JUDGE
   HOWARD R. LLOYD