*E-Filed: February 5, 2014*

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
Julian J. Pardini, Esq.  SB# 133878
    E-Mail: Julian.Pardini@lewisbrisbois.com
Rowena C. Seto, Esq. SB#235103
    E-Mail:  Rowena.Seto@lewisbrisbois.com
333 Bush Street, Suite 1100
San Francisco, California 94104-2872
Telephone: 415.362.2580
Facsimile: 415.434.0882

Attorneys for Defendant
LEADING INSURANCE GROUP INSURANCE
COMPANY, LTD (UNITED STATE BRANCH)

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| KENNETH E. MARTZ and ANNA K. MARTZ, Trustees of the MARTZ FAMILY TRUST, U.T.D. 10/21/1993,<br><br>Plaintiffs,<br><br>v.<br><br>LEADING INSURANCE GROUP INSURANCE COMPANY, LTD (UNITED STATE BRANCH), and DOES 1-20,<br><br>Defendants. | CASE NO. CV 13-03815 HRL<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND MEDIATION DEADLINE**<br><br>Trial Date:        None Set<br><br>Complaint Filed: July 2, 2013 |

Plaintiffs KENNETH E. MARTZ and ANNA K. MARTZ, TRUSTEES OF THE MARTZ FAMILY TRUST, U.T.D. 10/21/1993 and Defendant LEADING INSURANCE GROUP INSURANCE COMPANY, LTD (UNITED STATE BRANCH) (Plaintiffs and Defendant are hereinafter collectively referred to as the "Parties"), by and through their respective counsel, pursuant to ADR Local Rule 6-5, agree and stipulate as follows:

## RECITALS

1.   On November 19, 2013, the Court issued its case management scheduling order, which directed the Parties to file a Notice of Need for ADR Phone Conference.  The Notice of Need for ADR Phone Conference was filed on November 20, 2013.

2.   On December 5, 2013, the Parties participated in an ADR teleconference with the

1. Director of the ADR Program, Howard A. Herman.

3. On December 16, 2013, the Parties submitted to the Court a Stipulation and Proposed Order Selecting ADR Process, and therein advised the Court that they had agreed to participate in mediation.

4. On December 16, 2013, the Court issued an Order directing the Parties to complete mediation within 60 days (by February 14, 2014).

5. On January 22, 2014, the Court issued a Notice of Appointment of Mediator, notifying the Parties that this case had been assigned to mediator Robert C. Goodman.

6. On January 30, 2014, the Parties and Mr. Goodman participated in a teleconference pursuant to ADR Local Rule 6-6. During the teleconference, the Parties and Mr. Goodman agreed to schedule mediation for February 21, 2014, the first date on which the Parties and their respective counsel are all available.

THEREFORE, the Parties hereby stipulate as follows:

**STIPULATION**

1. That the February 14, 2014 deadline to complete mediation be extended to February 21, 2014, as the Parties have scheduled mediation to take place on February 21, 2014.

Dated: February 3, 2013                LEWIS BRISBOIS BISGAARD & SMITH LLP


By____*/s/ Rowena C. Seto*____
Julian J. Pardini
Rowena C. Seto
Attorneys for Defendant
LEADING INSURANCE GROUP INSURANCE COMPANY, LTD (UNITED STATE BRANCH)

Dated: February 3, 2013                SHEUERMAN, MARTINI, TABARI, ZENERE & ARVIN


By____*/s/ Alan L. Martini*____
Alan L. Martini
Attorneys for Plaintiffs
KENNETH E. MARTZ and ANNA K. MARTZ, Trustees of the MARTZ FAMILY TRUST, U.T.D. 10/21/1993

## ORDER

Based upon the foregoing stipulation of the Parties, the Court HEREBY ORDERS that the deadline to complete mediation be extended as follows:

The February 14, 2014 deadline to complete mediation is extended to February 21, 2014. Mediation is scheduled to take to place on February 21, 2014.

**IT IS SO ORDERED.**

Dated: February 5, 2014

_____
The Honorable Howard R. Lloyd
MAGISTRATE JUDGE, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA