*E-Filed: February 20, 2014*

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
Julian J. Pardini, Esq. SB# 133878
  E-Mail: Julian.Pardini@lewisbrisbois.com
Rowena C. Seto, Esq. SB#235103
  E-Mail: Rowena.Seto@lewisbrisbois.com
333 Bush Street, Suite 1100
San Francisco, California 94104-2872
Telephone: 415.362.2580
Facsimile: 415.434.0882

Attorneys for Defendant
LEADING INSURANCE GROUP INSURANCE
COMPANY, LTD (UNITED STATE BRANCH)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| KENNETH E. MARTZ and ANNA K. MARTZ, Trustees of the MARTZ FAMILY TRUST, U.T.D. 10/21/1993, <br><br> Plaintiffs, <br><br> v. <br><br> LEADING INSURANCE GROUP INSURANCE COMPANY, LTD (UNITED STATE BRANCH), and DOES 1-20, <br><br> Defendants. | CASE NO. CV 13-03815 HRL <br><br> **STIPULATION AND [PROPOSED] ORDER TO FURTHER EXTEND MEDIATION DEADLINE** <br><br> Trial Date: None Set <br><br> Complaint Filed: July 2, 2013 |

Plaintiffs KENNETH E. MARTZ and ANNA K. MARTZ, TRUSTEES OF THE MARTZ FAMILY TRUST, U.T.D. 10/21/1993 and Defendant LEADING INSURANCE GROUP INSURANCE COMPANY, LTD (UNITED STATE BRANCH) (Plaintiffs and Defendant are hereinafter collectively referred to as the "Parties"), by and through their respective counsel, pursuant to ADR Local Rule 6-5, agree and stipulate as follows:

**RECITALS**

1. On November 19, 2013, the Court issued its case management scheduling order, which directed the Parties to file a Notice of Need for ADR Phone Conference. The Notice of Need for ADR Phone Conference was filed on November 20, 2013.

2. On December 5, 2013, the Parties participated in an ADR teleconference with the

1 | Director of the ADR Program, Howard A. Herman.

2 |    3.    On December 16, 2013, the Parties submitted to the Court a Stipulation and Proposed Order Selecting ADR Process, and therein advised the Court that they had agreed to participate in mediation.

   4.    On December 16, 2013, the Court issued an Order directing the Parties to complete mediation within 60 days (by February 14, 2014).

   5.    On January 22, 2014, the Court issued a Notice of Appointment of Mediator, notifying the Parties that this case had been assigned to mediator Robert C. Goodman.

   6.    On January 30, 2014, the Parties and Mr. Goodman participated in a teleconference pursuant to ADR Local Rule 6-6. During the teleconference, the Parties and Mr. Goodman agreed to schedule mediation for February 21, 2014, the first date on which the Parties and their respective counsel are all available.

   7.    On February 3, 2014, the Parties filed a Stipulation and [Proposed] Order to Extend Mediation Deadline to February 21, 2014.

   8.    On February 5, 2014, the Court granted the Parties' Stipulation to Extend Mediation Deadline to February 21, 2014.

   9.    On February 11, 2014, Mr. Goodman's assistant, Clara Chun, advised the Parties that he had learned that day that in one of his cases, the trial on a petition for writ of mandate had been continued to February 21, the date of the mediation. Ms. Chun advised that mediation would need to be rescheduled and proposed four dates in February that Mr. Goodman was available.

   10.    Based on the Parties' and Mr. Goodman's availability, the Parties have since agreed to reschedule mediation for February 25, 2014.

THEREFORE, the Parties hereby stipulate as follows:

///
///
///
///
///

## STIPULATION

1. That the February 21, 2014 deadline to complete mediation be extended to February 25, 2014, as the Parties have scheduled mediation to take place on February 25, 2014.

Dated: February 18, 2013    LEWIS BRISBOIS BISGAARD & SMITH LLP

By_____*/s/ Rowena C. Seto*_____
     Julian J. Pardini
     Rowena C. Seto
Attorneys for Defendant
LEADING INSURANCE GROUP INSURANCE COMPANY, LTD (UNITED STATE BRANCH)

Dated: February 19, 2013    SHEUERMAN, MARTINI, TABARI,
                               ZENERE & ARVIN

By_____*/s/ Alan L. Martini*_____
Alan L. Martini
Attorneys for Plaintiffs
KENNETH E. MARTZ and ANNA K. MARTZ, Trustees of the MARTZ FAMILY TRUST, U.T.D. 10/21/1993

## ORDER

Based upon the foregoing stipulation of the Parties, the Court HEREBY ORDERS that the deadline to complete mediation be extended as follows:

The February 21, 2014 deadline to complete mediation is extended to February 25, 2014. Mediation is scheduled to take to place on February 25, 2014.

**IT IS SO ORDERED.**

Dated: February 20, 2014

_____
The Honorable Howard R. Lloyd
MAGISTRATE JUDGE, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA