*E-Filed: March 20, 2014*

Alan L. Martini  SB#77316
SHEUERMAN, MARTINI, TABARI
  ZENERE & GARVIN
A Professional Corporation
1033 Willow Street
San Jose, CA  95125
Telephone: (408) 288-9700
Fax: (408) 295-9900
Email: amartini@smtlaw.com

Attorneys for Plaintiffs, KENNETH E. MARTZ and ANNA K. MARTZ,
Trustees of the MARTZ FAMILY TRUST, U.T.D. 10/21/1993

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH E. MARTZ and ANNA K. MARTZ, Trustees of the MARTZ FAMILY TRUST, U.T.D. 10/21/1993, <br><br> Plaintiffs, <br><br> v. <br><br> LEADING INSURANCE GROUP INSURANCE CO., LTD (UNITED STATES BRANCH), and Does 1- 25, inclusive, <br> Defendants. | No. C 13-03815 HRL <br><br> **STIPULATION AND [PROPOSED] ORDER TO EXTEND PERCIPIENT WITNESS DISCOVERY AND DISCLOSURE OF EXPERT WITNESSES** |

The parties have both filed respective motions for summary judgment/partial summary adjudication of the coverage and bad faith issues involved in this matter.  The motions were argued on March 4, 2014, and submitted.  The Court has yet to rule on the motions.

In the meantime, the parties have noticed the depositions of each other, but due to unavailability of witnesses and counsel, the depositions are not yet completed.

IT IS THEREFORE STIPULATED that the percipient witness discovery is extended from March 21, 2014 to April 18, 2014.

Concomitantly, the expert disclosure date is also extended four weeks from April 4, 2014 to May 2, 2014; designation of rebuttal experts with reports is extended to May 16, 2014; and expert

STIPULATION AND [PROPOSED] ORDER  TO EXTEND PERCIPIENT WITNESS DISCOVERY AND DISCLOSURE OF EXPERT
WITNESSES
Case No. C 13-03815 HRL

1

1  discovery cutoff to May 30, 2014.

2

3  Dated: March 19, 2014            SHEUERMAN, MARTINI, TABARI,
                                    ZENERE & GARVIN

4                                   /s/ Alan L. Martini
                                    Alan L. Martini
5                                   Attorneys for Plaintiffs

6

7  Dated: March 19, 2014            LEWIS BRISBOIS BISGAARD & SMITH LLP

8                                   /s/ Rowena C. Seto
                                    Julian J. Pardini
9                                   Rowena C. Seto
                                    Attorneys for Defendant
10                                  LEADING INSURANCE GROUP INSURANCE
                                    COMPANY, LTD

11                         **ORDER**

12         Based upon the foregoing stipulation of the parties, the Court HEREBY ORDERS extension

13  of the fact discovery and expert discovery cutoff dates as follows:

14         Fact Discovery Cutoff                    April 18, 2014
           Designation of Expert with Reports       May 2, 2014
15         Designation of Rebuttal Experts with Reports   May 16, 2014
           Expert Discovery Cutoff                  May 30, 2014

16

17         IT IS SO ORDERED.

18
   Dated: ___March 19_____, 2014
19
                                    Honorable Howard R. Lloyd
20                                  MAGISTRATE JUDGE
                                    U.S. DISTRICT COURT

21

22

23

24

25

26

27

28