*E-Filed: April 15, 2014*

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
Julian J. Pardini, Esq.  SB# 133878
    E-Mail: Julian.Pardini@lewisbrisbois.com
Rowena C. Seto, Esq. SB#235103
    E-Mail: Rowena.Seto@lewisbrisbois.com
333 Bush Street, Suite 1100
San Francisco, California 94104-2872
Telephone: 415.362.2580
Facsimile: 415.434.0882

Attorneys for Defendant
LEADING INSURANCE GROUP INSURANCE
COMPANY, LTD (UNITED STATE BRANCH)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| KENNETH E. MARTZ and ANNA K. MARTZ, Trustees of the MARTZ FAMILY TRUST, U.T.D. 10/21/1993,<br><br>Plaintiffs,<br><br>v.<br><br>LEADING INSURANCE GROUP INSURANCE COMPANY, LTD (UNITED STATE BRANCH), and DOES 1-20,<br><br>Defendants. | CASE NO. CV 13-03815 HRL<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND PRE-TRIAL DISCOVERY DEADLINES** (MODIFIED BY THE COURT)<br><br>Trial Date:        None Set<br><br>Complaint Filed: July 2, 2013 |

Plaintiffs KENNETH E. MARTZ and ANNA K. MARTZ, TRUSTEES OF THE MARTZ

FAMILY TRUST, U.T.D. 10/21/1993 and Defendant LEADING INSURANCE GROUP

INSURANCE COMPANY, LTD (UNITED STATE BRANCH) (Plaintiffs and Defendant are

hereinafter collectively referred to as the "Parties"), hereby stipulate to a continuance of all pre-

trial discovery deadlines, and in support of such stipulation acknowledge the following:

**RECITALS**

1.      Plaintiffs and Defendants have each filed a motion for partial summary judgment

and motion for summary judgment/partial summary judgment, respectively, of the coverage and

bad faith issues involved in this matter.  The motions were argued on March 4, 2014 and

submitted.  The Court has yet to rule on the motions.

1    2.    The Parties have noticed the depositions of each other, but due to the unavailability

2  of witnesses and counsel, the depositions have not yet been completed.

3    3.    There is currently no trial date in this action.  A pretrial conference is scheduled for

4  July 8, 2014.

5        THEREFORE, the Parties hereby stipulate and request as follows:

6                                    **STIPULATION**

7    1.    That the fact discovery deadline is extended from April 18, 2014 to May 19, 2014;

8    2.    That the date for expert disclosures and designation, with reports, is extended from

9  May 2, 2014 to June 2, 2014;

10    3.    That the date for designation of rebuttal experts with reports is extended from

11  May 16, 2014 to June 16, 2014;

12    4.    That the expert discovery cutoff is extended from May 30, 2014 to June 30, 2014.

13

14

15  Dated: April 8, 2014                    LEWIS BRISBOIS BISGAARD & SMITH LLP

16

17                              By____/s/ Rowena C. Seto_____
                                        Julian J. Pardini
18                                      Rowena C. Seto
                                    Attorneys for Defendant
19                                  LEADING INSURANCE GROUP INSURANCE
                                    COMPANY, LTD (UNITED STATE BRANCH)
20

21  Dated: April 8, 2014                    SHEUERMAN, MARTINI, TABARI,
                                            ZENERE & ARVIN
22

23

24                              By_____/s/ Alan L. Martini_____
                                        Alan L. Martini
25                                  Attorneys for Plaintiffs
                                    KENNETH E. MARTZ and ANNA K. MARTZ,
26                                  Trustees of the MARTZ FAMILY TRUST, U.T.D.
                                    10/21/1993
27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

Based upon the foregoing Stipulation of the Parties, the Court HEREBY ORDERS the extension of the fact discovery and expert discovery deadlines as follows:

| | | |
|---|---|---|
| Fact Discovery Cutoff | ~~May 19, 2014~~ | May 2, 2014 |
| Designation of Experts with Reports | ~~June 2, 2014~~ | May 16, 2014 |
| Designation of Rebuttal Experts with Reports | ~~June 16, 2014~~ | May 30, 2014 |
| Expert Discovery Cutoff | ~~June 30, 2014~~ | June 13, 2014 |

**IT IS SO ORDERED.**

Dated: April 15, 2014

_____
The Honorable Howard R. Lloyd
MAGISTRATE JUDGE, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION AND [PROPOSED] ORDER TO EXTEND PRE-TRIAL DISCOVERY DEADLINES