**United States District Court**
For the Northern District of California

1

**\*E-Filed: June 24, 2014\***

2

3

4

5

6

7

NOT FOR CITATION

8

IN THE UNITED STATES DISTRICT COURT

9

FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

SAN JOSE DIVISION

11

KENNETH E. MARTZ and ANNA K.
MARTZ, Trustees of the MARTZ FAMILY
TRUST, U.T.D. 10/21/1993,

No. C13-03815 HRL

12

**ORDER CONTINUING PRETRIAL
CONFERENCE**

13

Plaintiffs,

v.

14

15

LEADING INSURANCE GROUP
INSURANCE CO., LTD (UNITED STATES
BRANCH), AND Does 1-25, inclusive,

16

17

Defendants.

_____/

18

Pursuant to the Case Management Scheduling Order, the parties were ordered to "contact the

19

chambers of Magistrate Judge Grewal well in advance of the Pretrial Conference to arrange a

20

Settlement Conference to take place prior to the Pretrial Conference."  Dkt. No. 14.  The Pretrial

21

Conference is currently set for July 8, 2014, but the parties have yet to arrange a Settlement

22

Conference.  Accordingly, the Pretrial Conference is continued pending the parties' engaging in a

23

Settlement Conference as previously ordered.  **The parties shall immediately contact the**

24

**chambers of Magistrate Judge Grewal to schedule a Settlement Conference**, and the Court will

25

reset the Pretrial Conference accordingly.

26

**IT IS SO ORDERED.**

27

Dated: June 24, 2014

28

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**United States District Court**
For the Northern District of California

1

**C13-02815 Notice will be electronically mailed to:**

2

Alan Louis Martini     amartini@smtlaw.com, aobey@smtlaw.com

3

Julian J. Pardini     pardini@lbbslaw.com

4

Julian John Pardini     pardini@lbbslaw.com, danielle.brodit-terry@lewisbrisbois.com

5

Rowena Ching-Wen Seto     seto@lbbslaw.com, LIU@lbbslaw.com

6

Stephen James Liberatore     liberatore@lbbslaw.com, chung@lbbslaw.com, liu@lbbslaw.com, Rowena.Seto@lewisbrisbois.com

7

8

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28