**E-Filed: August 29, 2014**

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KENNETH E. MARTZ; et al.,<br><br>    Plaintiffs,<br>  v.<br><br>LEADING INSURANCE GROUP<br>INSURANCE CO., LTD.,<br><br>    Defendant.<br>_____/ | No. C13-03815 HRL<br><br>**ORDER TO SHOW CAUSE RE:<br>SETTLEMENT** |

The Court having been notified that this case has settled, all pending motions, hearings, and deadlines are terminated.

All parties shall appear on **September 30, 2014, at 10:00 am** in Courtroom 2, Fifth Floor, 280 South First St., San Jose CA 95113 and show cause, if any, why this case should not be dismissed. The parties shall file a Joint Statement in response to this Order to Show Cause no later than **September 18, 2014**. The joint statement shall state (1) the status of the activities of the parties in finalizing settlement; and (2) how much additional time, if any, is needed to finalize the settlement and file a dismissal. If, however, a dismissal is filed before the hearing date, the Show Cause hearing will be automatically vacated and no statement will be required.

**IT IS SO ORDERED**.

Dated: August 29, 2014

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C13-03815 HRL Order will be electronically mailed to:**

Alan Louis Martini     amartini@smtlaw.com, aobey@smtlaw.com

Julian J. Pardini     pardini@lbbslaw.com

Julian John Pardini     pardini@lbbslaw.com, danielle.brodit-terry@lewisbrisbois.com

Rowena Ching-Wen Seto     seto@lbbslaw.com, LIU@lbbslaw.com

Stephen James Liberatore     liberatore@lbbslaw.com, chung@lbbslaw.com, liu@lbbslaw.com, Rowena.Seto@lewisbrisbois.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**